UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X   Case No.: 1:18-cv-06400 – (MKB)(ST)

SVETLANA SHKOLNIKOVA,

                Plaintiff,

              - against -

UNITED STATES POSTAL SERVICE and LOUIS
DEJOY, POSTMASTER GENERAL

              **Defendants.**
---------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 3, 2021

                                      **PHILLIPS & ASSOCIATES,**
                                      **ATTORNEYS AT LAW, PLLC**

                      By:    _/s/ Hannah Kucine_
                              Hannah Kucine, Esq.
                              Phillips & Associates
                              Attorneys at Law, PLLC
                              45 Broadway, Suite 430
                              New York, New York 10006
                              Tel: (212) 248-7431
                              Fax: (212) 901-2107
                              hkucine@tpglaws.com